# CASE ANNOUNCEMENTS

*May 7, 2008*

[Cite as *05/07/2008 Case Announcements,* 2008-Ohio-2028.]

## MERIT DECISIONS WITHOUT OPINIONS

**2008–0586.   Martin v. Ohio Adult Parole Auth.**

In Habeas Corpus. On petition for writ of habeas corpus of Robert Martin. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–0589.   Mansfield v. Jackson.**

In Habeas Corpus. On petition for writ of habeas corpus of Richard Mansfield. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2007–1452.   Sogg v. Ohio Dept. of Commerce.**

Franklin App. No. 06AP–883, 2007-Ohio-3219. On motion for admission pro hac vice of Benjamin C. Mizer by William P. Marshall. Motion granted.

**2007–2383.   State ex rel. Vazquez v. Cuyahoga Cty. Court of Common Pleas.**

Cuyahoga App. No. 90755, 2007-Ohio-6629. Sua sponte, cause held for the decision in 2007–1588, *Thorton v. Montville Plastics & Rubber, Inc.,* Geauga App. No. 2006–G–2744, 2007-Ohio-3475. Request for oral argument denied.

**2008–0310.   State v. Dunning.**

Medina App. No. 06CA0087–M, 2007-Ohio-7039. On motion for stay of court of appeals' judgment and for bail. Motion denied.

**2008–0442.   State ex rel. Lawrence Cty. Republican Party Exec. Commt. v. Brunner.**

In Mandamus. On answer of respondent. Sua sponte, an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after filing of respondent's brief.

LANZINGER, J., dissents and would dismiss the cause.

**2008–0539.   State v. Barksdale.**

Montgomery App. No. 21848, 2008-Ohio-182. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, LANZINGER, and CUPP, JJ., dissent.

**2008–0548.   State v. Tapplar.**

Hamilton App. No. C–060552, 2007-Ohio-6868. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2008–0554.   State v. Alaiydi.**

Hamilton App. No. C–070369. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.